IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| H. JAMES SEAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:05-cv-712-TFM |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

After consideration of the *Petition for Authorization of Attorney's Fees* filed on January 17, 2008 (Doc. 26), it is hereby

**ORDERED** that the **Defendant file a response by February 8, 2008** to show any cause why the motion should not be granted.

Done this 18th day of January, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE